IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NVR, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:16-cv-00722 |
| v. | ) |
| | ) |
| MOTORISTS MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 1st day of March, 2019, for the reasons stated in the Court's Opinion of this day, it is ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 74) is DENIED and Defendant's Motion for Summary Judgment (ECF No. 78) is GRANTED.

The Clerk shall close the case.

Mark R. Hornak
United States District Judge

cc:      All counsel of record